Teresa H. Michaud (State Bar No. 296329)
 teresa.michaud@bakermckenzie.com
**BAKER & McKENZIE LLP**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Telephone:  +1 310 201 4728
Facsimile:    +1 310 201 4721

Anne M. Kelts (State Bar No. 298710)
 anne.kelts@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111
Telephone:  +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Defendant
STORCK USA L.P.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| JACQUELINE WOODS individually, on behalf of all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>STORCK USA L.P., a Delaware limited partnership,<br><br>Defendant. | Case No.  5:18-cv-02409-DDP-KK<br><br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br><br>Judge:    Honorable Dean D. Pregerson<br>Crtrm:    9C |

Baker & McKenzie LLP
1901 Avenue of the Stars
Suite 950
Los Angeles, CA  90067
Tel: 310 201 4728

Case No. 5:18-cv-02409-DDP-KK
JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Jacqueline Woods ("Plaintiff") and Defendant Storck USA, L.P. ("Defendant") (collectively the "Parties") have reached a settlement in principle and will enter into a Confidential Settlement Agreement and Release of Claims (the "Settlement Agreement") concerning the allegations asserted in this lawsuit.  As a result, the claims asserted in this action have been resolved. Pursuant to the Parties' Settlement Agreement, Plaintiff will file a Notice of Dismissal with Prejudice of this action within 20 days of execution of their agreement. Accordingly, Defendant will not be filing a response to the Complaint on the March 6, 2019 deadline.

Dated:   March 6, 2019              **BAKER & McKENZIE LLP**
                                    Teresa H. Michaud
                                    Anne M. Kelts


                                    By: /s/ Teresa H. Michaud
                                    _____
                                        Teresa H. Michaud
                                    Attorneys for Defendant
                                    STORCK USA L.P.

Dated:   March 6, 2019              **LAW OFFICES OF RONALD A. MARRON**
                                    Ronald A. Marron
                                    Michael T. Houchin
                                    Lilach Halperin


                                    By: /s/ Michael T. Houchin
                                    _____
                                        Michael T. Houchin
                                    Attorneys for Plaintiff
                                    JACQUELINE WOODS

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that I have the consent of all signatories on whose behalf this document is submitted and their concurrence and authorization of such filing.

                                    /s/ Teresa H. Michaud
                                    _____
                                    Teresa H. Michaud

Baker & McKenzie LLP
1901 Avenue of the Stars
Suite 950
Los Angeles, CA  90067
Tel: 310 201 4728

2

Case No. 5:18-cv-02409-DDP-KK
JOINT NOTICE OF SETTLEMENT