**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
ron@consumersadvocates.com
MICHAEL T. HOUCHIN (SBN 305541)
mike@consumersadvocates.com
651 Arroyo Drive
San Diego, CA  92103
Tel: (619) 696-9006
Fax: (619) 564-6665
*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE WOODS, individually, on behalf of all others similarly situated, and the general public,<br><br>       Plaintiff,<br><br>       v.<br><br>STORCK USA L.P., a Delaware limited partnership,<br><br>       Defendant. | Case No.  5:18-cv-02409-DDP-KK<br><br>**CLASS ACTION**<br><br>**NOTICE OF DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jacqueline Woods hereby dismisses this action WITH prejudice to her individual claims and WITHOUT PREJUDICE as to the claims of the proposed class. Each parties agree to bear their own costs and fees.

Dated: April 5, 2019

/s/ Ronald A. Marron
Ronald A. Marron

**LAW OFFICES OF RONALD A. MARRON**
Ronald A. Marron
ron@consumersadvocates.com
Michael T. Houchin
mike@consumersadvocates.com
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Fax: (619) 564-6665
***Counsel for Plaintiff and the Proposed Clas***

DISMISSAL